# IN THE BANKRUPTCY COURT OF THE UNITED STATES
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**In re:**
**Charles D. Jarvis,**            Case No. 23-45611 lsg
                                       Chapter 7
               Debtor.              HON. LISA S. GRETCHKO
_____/

## NOTICE OF LIMITED APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of John Robert Keyes, as attorney for the debtor for the limited purpose of representing the debtor at the section 341 meeting of the creditors. The Law Office of Gregory T. Osment & Associates shall continue to represent the debtor in all other matters.

Dated: June 23, 2023

                                               /s/ John Robert Keyes
                                               John Robert Keyes (P68856)
                                               Attorney for Debtor
                                               300 N. Huron St.
                                               Ypsilanti, MI 48197
                                               (734) 662-1590
                                               Robert@robertkeyeslaw.com

Dated: June 23, 2023                  /s/Gregory T. Osment
                                               Gregory T. Osment (P41385)
                                               Attorney for Debtor
                                               13 Washington St., Suite 2
                                               Monroe, MI 48161
                                               (734) 242-4441
                                               gtoesq@sbcglobal.net